a Certain Deed of Trust Made by ANGIER B. DUKE, Respondent, v. E. BAYARD HALSTED and Others, Respondents, Impleaded with ANGIER B. DUKE, JR., and Another, Appellants.— Judgment affirmed, with costs separately to all parties appearing by separate counsel and filing separate briefs herein, payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of DAVID HENRY GLADSTONE, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the EQUITABLE TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of HENRY BISCHOFF, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

712 HOLDING CORPORATION v. THE GREELEY BUILDING Co., INC.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HENRY S. NADELWEISS v. GEORGE LOESCH and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

IRVING ROSENBERG and Another v. BENJAMIN GOLDSTEIN and Another.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ELLIS L. AMDUR and Another v. MAX SHAPIRO and Another.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ELLIS L. AMDUR and Another v. MAX SHAPIRO and Another.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EQUITABLE TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of HENRY BISCHOFF, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MARY J. FAHEY v. FANNIE L. OTTENHEIMER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MARY J. FAHEY v. FANNIE L. OTTENHEIMER, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HENRY S. NADELWEISS v. GEORGE LOESCH and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE SHAMYER and Another v. HERMAN STRAUSS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MARJORIE DEE WOODARD v. CHARLES P. MADSEN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOSEPH READY v. CLYDE STEAMSHIP COMPANY. (JOSEPH J. JACOBS, Respondent.)